**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

HENRY MYLES

    VS                                        CASE NO. 5:07cv127/MCR/MD

KENT, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    June 19, 2007
Type of Motion/Pleading: MOTION FOR EXTENSION OF TIME FOR 45 DAYS TO RESUME A PROPER COMPLAINT.
Filed by: PLAINTIFF     on 6/18/07     Document 4
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                on         Doc.#
                                on         Doc.#
                                WILLIAM M. McCOOL, CLERK OF COURT

                                /s/ Teresa Cole
                                Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2007, that:

(a)     The requested relief is GRANTED.

(b)     Plaintiff shall file his amended complaint on or before August 6, 2007.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket:           By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.

Dockets.Justia.com