# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HENRY MYLES

    VS                        CASE NO.  5:07cv127/MCR/MD

KENT, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    June 19, 2007
Type of Motion/Pleading: MOTION FOR EXTENSION OF TIME FOR 45 DAYS TO RESUME A PROPER COMPLAINT.
Filed by: PLAINTIFF        on 6/18/07     Document    4
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                  on _____  Doc.# _____
                                  on _____  Doc.# _____
                                WILLIAM M. McCOOL, CLERK OF COURT

                                /s/ Teresa Cole
                                Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2007, that:

(a)    The requested relief is GRANTED.

(b)    Plaintiff shall file his amended complaint on or before August 6, 2007.

/s/ Miles Davis
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.