# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HENRY MYLES

    VS                          CASE NO. 5:07cv127/MCR/MD

KENT, ET AL

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on <u>June 19, 2007</u>
Type of Motion/Pleading: <u>MOTION TO DISMISS APPEAL (COMPLAINT)</u>
Filed by: <u>PLAINTIFF</u> on <u>6/18/07</u> Document <u>5</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

## ORDER

Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2007, that:

(a) The requested relief is DENIED.

(b) <u>Plaintiff is advised that once an amended complaint is filed, any earlier filed versions of the complaint will be disregarded. In light of his expressed desire to amend his complaint, dismissal is inappropriate at this juncture.</u>

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.