# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HENRY MYLES

    VS                                              CASE NO.  5:07cv127/MCR/MD

KENT, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   June 19, 2007
Type of Motion/Pleading: MOTION TO DISMISS APPEAL (COMPLAINT)
Filed by: PLAINTIFF      on 6/18/07    Document   5
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                              on              Doc.#
                                              on              Doc.#
                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              /s/ Teresa Cole
                                              Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2007, that:

(a)   The requested relief is DENIED.

(b)   Plaintiff is advised that once an amended complaint is filed, any earlier filed versions of the complaint will be disregarded.  In light of his expressed desire to amend his complaint, dismissal is inappropriate at this juncture.

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.